IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JANICE COOK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Cause No. 4:10-cv-00179-JTM |
| ) | |
| ACS STATE & LOCAL SOLUTIONS, INC., ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## *AMENDED*[1]
## MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)
## OF DEFENDANT ST. LOUIS POST-DISPATCH, LLC

Defendant St. Louis Post-Dispatch, LLC ("Post-Dispatch"), pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6), moves to dismiss plaintiffs' Amended Complaint against it on the grounds that:

    A.    Fed.R.Civ.P. 12(b)(1): This Court lacks subject matter jurisdiction of this action, because plaintiffs have failed to allege any facts showing that they have standing to pursue this action, in that plaintiffs have alleged no facts supporting any claim that the Post-Dispatch knowingly obtained, used or disclosed their personal information from motor vehicle records or that they suffered any injury in fact therefrom; and

---

[1] Due to a clerical error, the Post-Dispatch inadvertently filed an earlier draft of its Motion to Dismiss on July 23, 2010. That draft did not include reference to a recent Fifth Circuit Court of Appeals Opinion affirming the holding of the United States District Court. *See Taylor v. Acxiom Corp.*, Civil Action No 2:07 cv 0001 (Lead); Unpublished Opinion at 9 (E.D. Texas, September 9, 2008) (Available on PACER -- Document 105), *aff'd* Case No. 08-41083 (5th Cir., July 14, 2010) (Available on PACER -- Document 00511173310). This Motion to Dismiss takes the place of that inadvertently-filed Motion to Dismiss (Document 35).

B.  Fed.R.Civ.P. 12(b)(6): Plaintiffs' fail to state a claim upon which relief may be granted because they have failed to allege any facts showing that the Post-Dispatch knowingly obtained, disclosed or used their personal information from a motor vehicle record for a purpose not permitted under the DPPA.

In support of this motion, the Post-Dispatch incorporates the Suggestions submitted in support of the motion to dismiss of defendant ISO Claims Services, Inc., d/b/a Insurance Information Exchange.

As further support for this motion, the Post-Dispatch refers this Court to the holding in *Taylor v. Acxiom Corp.*, Case No. 08-41083 (5th Cir., July 14, 2010) (Available on PACER -- Document 00511173310). *Taylor* holds that bulk obtainment of motor vehicle and driver's records for a future use or disclosure that is permitted under the Driver's Privacy Protection Act ("DPPA") does not violate the provisions of the DPPA. It further holds that a Complaint which fails to include factual allegations that a defendant obtained motor vehicle records in bulk for a purpose not permitted under the DPPA or that it used or disclosed personal information therefrom in a manner not permitted under the DPPA fails to state a claim upon which relief may be granted.

WHEREFORE, defendant St. Louis Post-Dispatch, LLC moves that this Court dismiss this action with prejudice at plaintiffs' cost and expense, and for such other and further relief as this Court deems proper in the premises, including an award of its attorneys' fees if deemed appropriate.

Respectfully submitted,

LEWIS, RICE & FINGERSH, L.C.

By: s/ Joseph E. Martineau
    Joseph E. Martineau, #32397
    600 Washington Ave., Ste. 2500
    St. Louis, Missouri 63101
    Telephone: 314/444-7729
    Facsimile: 314/612-7729
    E-mail: jmartineau@lewisrice.com


By: s/ Douglas C. McKenna
    Douglas C. McKenna, #26116
    One Petticoat Lane
    1010 Walnut, Suite 500
    Kansas City, Missouri 64106
    Telephone: 816/421-2500
    Facsimile: 816/472-2500
    E-mail: dmckenna@lrf-kc.com

Attorneys for Defendant
St. Louis Post-Dispatch, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 26th day of July, 2010, a true copy hereof was served upon the following counsel of record, via e-mail, and that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

### ATTORNEYS FOR PLAINTIFFS

| | |
|---|---|
| Timothy H. Bosler<br>**BOSLER LAW FIRM, P.C.**<br>706 South Washington<br>Chillicothe, Missouri 64601<br>Phone: 660/646-4446<br>Fax: 660/646-2002<br>E-mail: bosler@greenhills.net | Thomas M. Corea<br>**THE COREA FIRM, P.L.L.C.**<br>The Renaissance Tower<br>1201 Elm Street, Suite 4150<br>Dallas, Texas 75201<br>Phone: 214/953-3900<br>Fax: 214/953-3901<br>E-mail: jwilson@corealaw.com |
| George A. Otstott<br>Ann Jamison<br>**OTSTOTT & JAMISON, P.C.**<br>Two Energy Square<br>4849 Greenville Ave., Ste. 1620<br>Dallas, Texas 75206<br>Phone: 214/522-9999<br>Fax: 214/828-4388<br>E-mail: otstottfen@yahoo.com | Joseph H. Malley<br>**LAW OFFICES OF JOSEPH H. MALLEY**<br>1045 North Zang Boulevard<br>Dallas, Texas 75208<br>Phone: 214/943-6100<br>Fax: 214/943-6170<br>E-mail: malley@airmail.net |

### ATTORNEYS FOR DEFENDANT ISO CLAIMS SERVICES, INC. D/B/A INSURANCE INFORMATION EXCHANGE

| | |
|---|---|
| Kurt D. Williams<br>**BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT, LLP**<br>2600 Grand Blvd., Ste. 1200<br>Kansas City, Missouri 64108<br>Phone: 816/627-0215<br>Fax: 816/561-1888<br>E-mail: kwilliams@bowse-law.com | Mark W. Bayer<br>**GARDERE WYNNE SEWELL, LLP**<br>1601 Elm Street, Suite 3000<br>Dallas, Texas 75201<br>Phone: 214/999-4521<br>Fax: 214/999-3521<br>E-mail: mbayer@gardere.com |

## ATTORNEYS FOR ACS STATE & LOCAL SOLUTIONS, INC.

John B. Boyd
**BOYD & KENTER, P.C.**
1150 Grand Boulevard
Suite 700
Kansas City, Missouri 64106-2317
Phone: 816/471-4511
Fax: 816/471-8450
E-mail: jbboyd@boydkenterlaw.com

Brianne Niemann
**BOYD & KENTER, P.C.**
1150 Grand Boulevard
Suite 700
Kansas City, Missouri 64106-2317
Phone: 816/471-4511
Fax: 816/471-8450
E-mail: bniemann@boydkenterlaw.com

Larry York
Nick Laurent
**MCGINNIS, LOCHRIDGE & KILGORE, L.L.P.**
600 Congress Ave., Ste. 2100
Austin, Texas 78701
Phone: 512/495-6000
Fax: 512/495-6093
E-mail: lyork@mcginnislaw.com

## ATTORNEYS FOR ARISTOTLE INTERNATIONAL, INC.

Robert T. Haar
**HAAR & WOODS**
1010 Market Street
Suite 1800
St. Louis, Missouri 63101
Phone: 314/241-2224
Fax: 314/241-2227
E-mail: roberthaar@haar-woods.com

J. Blair Richardson
2582 Holly Manor Drive
Falls Church, Virginia 22043
Phone: 203/846-0078
Fax: 214/999-3521
E-mail: blair.richardson@aristotle.com

Theodore A. Kardis
**DOUGHERTY, MODIN & HOLLOWAY**
7200 N.W. 86th Street, Suite D
Kansas City, Missouri 64153
Phone: 816/891-9990
Fax: 816/891-9905
E-mail: tkardis@planetkc.com

Richard F. Modin
**DOUGHERTY, MODIN & HOLLOWAY**
7200 N.W. 86th Street, Suite D
Kansas City, Missouri 64153
Phone: 816/891-9990
Fax: 816/891-9905
E-mail: rfmodin@planetkc.com

**ATTORNEYS FOR SAMBA HOLDINGS, INC.**

Benjamin A. Lipman
**LEWIS, RICE & FINGERSH, L.C.**
600 Washington Ave., Ste. 2500
St. Louis, Missouri 63101
Phone: 314/444-7886
Fax: 314/612-7886
E-mail: blipman@lewisrice.com

                                               /s/ Joseph E. Martineau