# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-3818

Janice Cook, on behalf of themself and all others similarly situated, et al.

Appellants

v.

ACS State & Local Solutions, Inc.

Appellee

Listco West

Samba Holding, Inc. and Aristotle International, Inc.

Appellees

E-Infodata.Com, Inc.

Insurance Information Exchange, et al.

Appellees

------------------------------

Coalition for Sensible Public Records Access, et al.

Amici on Behalf of Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:10-cv-00179-DGK)
_____

## MANDATE

In accordance with the opinion and judgment of 12/15/2011, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 08, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit